# United States District Court
## For The Western District of North Carolina
## Charlotte Division

JOSE LEYVA,

        Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:09CV134

DAVID MITCHELL,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 16, 2009 Order.

Signed: June 16, 2009

Frank G. Johns, Clerk
United States District Court